1

2  ADRIENNE C. PUBLICOVER  (SBN 161432)
   MICHAEL K. BRISBIN  (SBN 169495)
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA  94105
   Telephone:    (415) 433-0990
5  Facsimile:    (415) 434-1370

6  Attorneys for Defendants
   **CIGNA CORPORATION and**
7  **LIFE INSURANCE COMPANY OF NORTH AMERICA**

8

9                  UNITED STATES DISTRICT COURT
10                 EASTERN DISTRICT OF CALIFORNIA

11

12  KELLI GONSOULIN,                          )
                                              )  Case No.:  2:06 CV 02739 LKK EFB
13              Plaintiff,                     )
                                              )
14       v.                                    )  **JOINT STIPULATION TO**
                                              )  **EXTEND TIME FOR**
15  CIGNA CORPORATION, LIFE INSURANCE          )  **DEFENDANTS CIGNA**
    COMPANY OF NORTH AMERICA,                  )  **CORPORATION AND LIFE**
16  CATHOLIC HEALTHCARE WEST LONG              )  **INSURANCE COMPANY OF**
    TERM DISABILITY PLAN,                      )  **NORTH AMERICA TO**
17                                             )  **RESPOND TO THE**
18              Defendants.                    )  **COMPLAINT; PROPOSED**
                                              )  **ORDER**
19                                             )
                                              )
20  ─────────────────────────────────────────

21       Plaintiff KELLI GONSOULIN ("GONSOULIN") and Defendants CIGNA

22  CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA

23  ("CIGNA"), through their respective counsel of record, stipulate and apply to the

24  United States District Court, Eastern District of California, for an Order of this

25  Court extending the time for Defendant CIGNA to respond to the Complaint for

26  thirty (30) days, up to and including February 7, 2007.

27       1.     On December 5, 2006 Plaintiff GONSOULIN filed a lawsuit in the

28  United States District Court, Central District of California, case number 2:06-CV-

02739- LKK-EFB alleging Denial of Disability Benefits Under an Employee Welfare Benefit Plan.

2. On December 19, 2006, Plaintiff GONSOULIN served Defendant CIGNA through C T Corporation System in Los Angeles, making Defendant CIGNA'S answer due on Monday, January 8, 2007.

3. After December 19, 2006, but before January 8, 2007 counsel met and conferred regarding this extension and the issues involved in the case. More time is needed to pursue the latter and possible early resolution.

4. The Parties request an extension of time of thirty (30) days from the initial deadline of Monday, January 8, 2007 to file a responsive pleading. The new agreed upon deadline for Defendant CIGNA to file a responsive pleading is Wednesday, February 7, 2007.

5. In accordance with the spirit of the Local Rules which envisions cooperation between counsel, and assuming such an extension will not cause undue burden on this Court, Counsel for all parties agree to extend, by thirty (30) days, the date for Defendant CIGNA to respond to Plaintiff's Complaint, up to and including Wednesday, February 7, 2007.

**IT IS SO STIPULATED.**

Dated: January 9, 2007

LAW OFFICES OF JESSE KAPLAN

By _____

Jesse Kaplan
Attorneys for Plaintiff
**KELLI GONSOULIN**

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS CIGNA AND LIFE INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO COMPLAINT
Case No.: 2:06 CV 02739 LKK EFB

1

2   Dated:  January 9, 2007          WILSON, ELSER, MOSKOWITZ, EDELMAN &
3                                    DICKER LLP

4                                    By:

5                                    Adrienne C. Publicover
                                     Michael K. Brisbin
6                                    Attorneys for Defendant
                                     CIGNA CORPORATION and LIFE
7                                    INSURANCE COMPANY OF NORTH
                                     AMERICA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS CIGNA AND LIFE
INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO COMPLAINT
Case No.:  2:06 CV 02739 LKK EFB
250531.1

1

## <u>ORDER</u>

2

3    In light of the foregoing stipulation of the Parties, and good cause appearing

4  therefore, the Court hereby orders that the deadline for Defendant CIGNA

5  CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA

6  to respond to the Complaint is extended for thirty (30) days, up to and including

7  Wednesday, February 7, 2007.

8

9    **IT IS SO ORDERD**.

10

11   Dated:    January 12, 2007

12                                          LAWRENCE K. KARLTON
                                           SENIOR JUDGE
13                                         UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20.

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS CIGNA AND LIFE
INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO COMPLAINT
Case No.:  2:06 CV 02739 LKK EFB
250521 1

# PROOF OF SERVICE

*Kelli Gonsoulin v. Cigna Corp., et al.*
**USDC EDCA No. CV06-02739 LKK EFB**

I am over the age of eighteen years and not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On the date stated below, I served the following document(s):

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS CIGNA CORPORATION AND LIFE INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO THE COMPLAINT; PROPOSED ORDER**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

Jesse S. Kaplan, Esq.
Attorney at Law
5441 Fair Oaks Blvd., Suite C-1
Carmichael, CA  95608
Tel:   (916) 488-3030
Fax:   (916) 489-9297
***Attorney for Plaintiff KELLI GONSOULIN***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED January 10, 2007 at San Francisco, California.

_____
Joya Yeung