ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendants
**CIGNA CORPORATION and
LIFE INSURANCE COMPANY OF NORTH AMERICA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI GONSOULIN,<br><br>            Plaintiff,<br><br>     v.<br><br>CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA, CATHOLIC HEALTHCARE WEST LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No.:   CV06-02739 LKK EFB<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

To the Honorable Lawrence K. Karlton:

The parties having reached a settlement and completed all settlement documents in this case, **IT IS HEREBY STIPULATED**, that this case be dismissed with prejudice, each party to bear their own costs and fees.

Dated: May 29, 2007

JESSE S. KAPLAN

By: *(signature)*
Jesse S. Kaplan
Attorney for Plaintiff
**KELLI GONSOULIN**

Date: May 22, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *(signature)*
Adrianne C. Publicover
Michael K. Brisbin
Attorneys for Defendants
CIGNA CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA

**ORDER**

Good cause appearing, **IT IS HEREBY ORDERED**, that this case is dismissed with prejudice, each party to bear their own costs and fees.

Dated:    June 4, 2007

_____
Honorable Lawrence K. Karlton
Judge United States District Court, Eastern District

# PROOF OF SERVICE

*Kelli Gonsoulin v. Cigna Corp., et al.*
**USDC EDCA No. CV06-02739 LKK EFB**

I am over the age of eighteen years and not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On the date stated below, I served the following document(s):

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Jesse S. Kaplan, Esq.
Attorney at Law
5441 Fair Oaks Blvd., Suite C-1
Carmichael, CA  95608
Tel:    (916) 488-3030
Fax:    (916) 489-9297
***Attorney for Plaintiff***
***KELLI GONSOULIN***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED May 30, 2007 at San Francisco, California.

Joya Yeung